## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Trustees of the St. Paul Electrical Construction
Industry Fringe Benefit Funds,

        Plaintiff,        Civil No. 07-1358 (RHK/RLE)

vs.

        **ORDER**

Polyphase Electric Company,

        Defendant.

        This matter is venued in the Fifth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: March 1, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge