# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Trustees of the St. Paul Electrical Construction Industry Fringe Benefit Funds, | Civil No. 07-1358 (RHK/RLE) |
| Plaintiffs, | |
| vs. | |
| Polyphase Electric Company, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Based upon the Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule 41(A)(1)(ii), filed on April 10, 2007 at 4:07 p.m. as document number 5, it is hereby ordered that Plaintiffs' Complaint is dismissed in its entirety, with prejudice, with each party to bear its own costs, expenses and attorneys fees.

Dated: April 11, 2007

                                                   s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge